**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

STEWART M. ARTIS,

Petitioner,

v. No. 25-cv-183-SMD-JFR

FNU LNU,

Respondent.

**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS***

This matter is before the Court on Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 4) (IFP Motion). Petitioner is incarcerated and is proceeding *pro se*. Petitioner seeks to prosecute his 28 U.S.C. § 2241 petition without prepaying the $5.00 fee. *In forma pauperis* relief is only available where the petitioner's "affidavit [and] … statement of … assets [demonstrates he] … is unable to pay such fees." 28 U.S.C. § 1915(a)(1). Petitioner does not qualify under that test. His financial statement reflects a balance of $130.49. *See* (Doc. 4) at 7. The Court must therefore deny the IFP Motion and Petitioner must prepay the $5.00 filing fee within thirty (30) days of entry of this Order. Failure to timely comply may result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs (**Doc. 4**) is **DENIED**, and Petitioner must prepay the $5.00 filing fee within thirty (30) days of entry of this Order. The failure to timely comply may result in dismissal of this case without further notice

SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE